ANNABELLE SARAH BOND, Respondent, v WARREN LICHTENSTEIN, Appellant.

Decided September 10, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of EILEEN D'AMICO, Respondent, v CHRISTOPHER CORRADO, Appellant.

Submitted July 20, 2015; decided September 10, 2015

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Family Court's June 2013 order awarding custody and visitation, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the order sought to be appealed from does not finally determine a proceeding within the meaning of the Constitution.

ROBERT DAVIS, Appellant, v STATE OF NEW YORK, Respondent.

Decided September 10, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.